# EXHIBIT B

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101 and 104**

## United States Patent and Trademark Office

**Reg. No. 2,656,652**
Registered Dec. 3, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## GETTY IMAGES

GETTY IMAGES, INC. (DELAWARE CORPORA-
TION)
601 NORTH 34TH STREET
SEATTLE, WA 98103

FOR: ELECTRONIC DELIVERY OF IMAGES,
PHOTOGRAPHS, ART, GRAPHIC IMAGES AND
GRAPHIC DESIGN, CLIP ART, NEWS IMAGES,
ILLUSTRATIONS, DIGITAL ANIMATION, VIDEO
CLIPS, FILM FOOTAGE AND AUDIO DATA VIA A
GLOBAL COMPUTER NETWORK AND OTHER
COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS.
100, 101 AND 104).

FIRST USE 2-9-1998; IN COMMERCE 2-9-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "IMAGES", APART FROM THE
MARK AS SHOWN.

SER. NO. 78-081,963, FILED 8-30-2001.

GINNY ISAACSON, EXAMINING ATTORNEY



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | 🖨 Print |
|--------|-----------|-------------|--|-----------|---------|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-08-13 19:02:32 EDT |
| **Mark:** | GETTY IMAGES |

# GETTY IMAGES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78081963 | **Application Filing Date:** | Aug. 30, 2001 |
| **US Registration Number:** | 2656652 | **Registration Date:** | Dec. 03, 2002 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 26, 2023 | | |
| **Publication Date:** | Sep. 10, 2002 | | |

▲ **Mark Information**      ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| **Owner Name:** | GETTY IMAGES (US), INC. | | |
| **Owner Address:** | 195 Broadway, 10th Floor<br>New York, NEW YORK UNITED STATES 10007 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Feedback

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 2,837,208

Registered Apr. 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# GETTY IMAGES

GETTY IMAGES, INC. (DELAWARE CORPORA-
TION)
601 NORTH 34TH STREET
SEATTLE, WA 98103

FOR: COMPUTER SOFTWARE ON CD-ROM
DISKS OR DOWNLOADABLE FORMAT FOR USE
IN THE FIELD OF CREATING AND MANIPULAT-
ING VISUAL MEDIA, GRAPHIC IMAGES, NEWS
IMAGES, ILLUSTRATIONS, DIGITAL ANIMA-
TION, VIDEO CLIPS, FILM FOOTAGE AND AUDIO
DATA; COMPUTER SOFTWARE ON CD-ROM
DISKS OR DOWNLOADABLE FORMAT FOR
DESKTOP PUBLISHING, ELECTRONIC PUBLISH-
ING AND PRINTING OF TYPE FACES, CLIP ART
AND PHOTOGRAPHIC IMAGES, BUT EXPRESSLY
EXCLUDING BOOK PUBLISHING; PHOTOGRAPH-
IC SLIDE TRANSPARENCIES; PRE-RECORDED
DIGITAL CD-ROM DISKS FEATURING PICTURES,
IMAGES, TEXT, AND SOUND; INTERACTIVE
MULTIMEDIA PRODUCTS, NAMELY, INTERNET
TOOLS FOR STORING, ORGANIZING, SEARCH-
ING, DOWNLOADING, LICENSING AND MANA-
GING LICENSES OF STILL IMAGES, MOVING
IMAGES, AUDIO, VIDEO, PHOTOGRAPHS AND
TEXT; COMPUTER SOFTWARE AND CD-ROM
DISKS FOR ACCESSING, VIA A GLOBAL COMPU-
TER NETWORK, SILL IMAGES, MOVING IMAGES,
AUDIO AND TEXT; FILE MANAGEMENT SOFT-
WARE FOR SEARCHING, BROWSING, SELECT-
ING, AND RETRIEVING FILES WITHIN A
PROGRAM AND FOR OPENING AND SAVING
IMAGES TO VARIOUS FILE FORMATS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "IMAGES", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SN 78-099,528, FILED 12-20-2001.

CAROLINE WOOD, EXAMINING ATTORNEY

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | | Back to Search | 🖨 Print |
|--------|-----------|-------------|---|---|---------------|---------|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-08-13 19:06:17 EDT |
| **Mark:** | GETTY IMAGES |

# GETTY IMAGES

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78099528 | **Application Filing Date:** | Dec. 20, 2001 |
| **US Registration Number:** | 2837208 | **Registration Date:** | Apr. 27, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 28, 2024 | | |
| **Publication Date:** | Sep. 23, 2003 | **Notice of Allowance Date:** | Dec. 16, 2003 |

▲ **Mark Information**                                                              ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | |
|---|---|
| **Owner Name:** | GETTY IMAGES (US), INC. |
| **Owner Address:** | 195 Broadway, 10th Floor<br>New York, NEW YORK UNITED STATES 10007 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW YORK |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Feedback

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,842,851

Registered May 18, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## GETTY IMAGES

GETTY IMAGES, INC. (DELAWARE CORPORA-TION)
601 NORTH 34TH STREET
SEATTLE, WA 98103

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY PHOTOGRAPHS; BOOKS, CATALO-GUES, BROCHURES AND DIRECTORIES IN THE FIELDS OF VISUAL MEDIA, GRAPHIC IMAGES, PRINTED IMAGES OF PHOTOGRAPHY, GRAPHIC DESIGN, CLIP ART, NEWS IMAGES, ILLUSTRA-TIONS, DIGITAL ANIMATION, VIDEO CLIPS, FILM FOOTAGE, AUDIO DATA; PHOTOGRAPHIC PRINTS BOTH MOUNTED AND UNMOUNTED;

POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMAGES", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-099,531, FILED 12-20-2001.

CAROLINE WOOD, EXAMINING ATTORNEY



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-08-13 19:09:19 EDT |
| Mark: | GETTY IMAGES |

### GETTY IMAGES

| | | | |
|---|---|---|---|
| US Serial Number: | 78099531 | Application Filing Date: | Dec. 20, 2001 |
| US Registration Number: | 2842851 | Registration Date: | May 18, 2004 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. | | |
| Status Date: | Jul. 31, 2024 | | |
| Publication Date: | Feb. 24, 2004 | | |

▲ **Mark Information**                                                     ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | GETTY IMAGES (US), INC. | | |
| Owner Address: | 195 Broadway, 10th Floor<br>New York, NEW YORK UNITED STATES 10007 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW YORK |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Case 3:25-cv-06891     Document 1-2     Filed 08/14/25     Page 10 of 22

Feedback

**Int. Cl.: 39**

**Prior U.S. Cls.: 100 and 105**

**Reg. No. 2,844,647**

## United States Patent and Trademark Office

Registered May 25, 2004

### SERVICE MARK
#### PRINCIPAL REGISTER

## GETTY IMAGES

GETTY IMAGES, INC. (DELAWARE CORPORATION)
601 NORTH 34TH STREET
SEATTLE, WA 98103

FOR: STORAGE OF ELECTRONIC MEDIA, NAMELY IMAGES, PHOTOGRAPHY, VIDEOS, FILES, DOCUMENTS, DATABASES, TEXT, AUDIO DATA AND OTHER ELECTRONIC DATA; MEDIA MANAGEMENT SERVICES; DOCUMENT DELIVERY, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE IMAGES, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-099,530, FILED 12-20-2001.

CAROLINE WOOD, EXAMINING ATTORNEY



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | | Back to Search | 🖶 Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-08-13 19:17:15 EDT |
| Mark: | GETTY IMAGES |

# GETTY IMAGES

| | | | |
|---|---|---|---|
| US Serial Number: | 78099530 | Application Filing Date: | Dec. 20, 2001 |
| US Registration Number: | 2844647 | Registration Date: | May 25, 2004 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Jun. 28, 2024 | | |
| Publication Date: | Mar. 02, 2004 | | |

▲ **Mark Information**     ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | GETTY IMAGES (US), INC. | | |
| Owner Address: | 195 Broadway, 10th Floor<br>New York, NEW YORK UNITED STATES 10007 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW YORK |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Feedback

Feedback

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,603,335

Registered Apr. 7, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# GETTY IMAGES

GETTY IMAGES (US), INC. (NEW YORK COR-
    PORATION)
601 NORTH 34TH STREET
SEATTLE, WA 98103

FOR: LICENSING OF INTELLECTUAL PROPER-
TY; LICENSING OF INTELLECTUAL PROPERTY,
NAMELY, REPRODUCTION RIGHTS FOR IMA-
GES, PHOTOGRAPHS, STOCK PHOTOGRAPHS,
ARCHIVAL PHOTOGRAPHS, ART REPRODUC-
TIONS, FILM, VIDEO, ANIMATION, GRAPHIC DE-
SIGNS, CLIP ART, NEWS IMAGES, AUDIO DATA
AND ILLUSTRATIONS; LICENSING OF IMAGES,
PHOTOGRAPHS, STOCK PHOTOGRAPHS, ARCHI-
VAL PHOTOGRAPHS, ART REPRODUCTIONS,
FILM, VIDEO, ANIMATION, GRAPHIC DESIGNS,
CLIP ART, NEWS IMAGES, AUDIO DATA AND
ILLUSTRATIONS TO OTHERS VIA COMPUTER
NETWORKS AND GLOBAL COMMUNICATIONS
NETWORKS; LICENSING OF FILMS, VIDEO, VI-
SUAL CONTENT, AUDIOVISUAL CONTENT AND
CD ROMS FOR OTHERS, IN CLASS 45 (U.S. CLS. 100
AND 101).

FIRST USE 12-0-1997; IN COMMERCE 12-0-1997.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,656,652, 2,842,851,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "IMAGES", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SN 77-219,659, FILED 6-29-2007.

LEIGH CAROLINE CASE, EXAMINING ATTOR-
NEY



# GETTY IMAGES

**Reg. No. 4,968,996**

**Registered May 31, 2016**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GETTY IMAGES (US), INC. (NEW YORK CORPORATION)
75 VARICK STREET
NEW YORK, NY 10013

FOR: DIGITAL MEDIA, DIGITAL MATERIALS, DIGITAL CONTENT, AND DOWNLOAD-ABLE ELECTRONIC PUBLICATIONS, NAMELY, IMAGES, PICTURES, PHOTOGRAPHS, ARCHIVAL PHOTOGRAPHS, PHOTOGRAPHY PICTORIAL IMAGES, STILL IMAGES, MOVING IMAGES, ART REPRODUCTIONS, FILM, VIDEO, GRAPHIC DESIGNS, CLIP ART, NEWS IMAGES, AUDIO DATA, MUSICAL SOUND RECORDINGS, MULTIMEDIA RECORD-INGS, ANIMATIONS, ILLUSTRATIONS, CODE SNIPPETS, AND OTHER DESIGN ELE-MENTS, AND THE ABOVE MENTIONED GOODS STORED OR RECORDED ON ELECTRON-IC OR COMPUTER MEDIA OR DOWNLOADABLE FROM DATABASES OR OTHER FACIL-ITIES PROVIDED OVER GLOBAL COMPUTER NETWORKS, WIDE AREA NETWORKS, LOCAL AREA NETWORKS, OR WIRELESS NETWORKS; COMPUTER SOFTWARE DEVEL-OPMENT TOOLS; COMPUTER SOFTWARE FOR USE AS AN APPLICATION PROGRAM-MING INTERFACE (API); COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWN-LOADING, ACCESSING, POSTING, DISPLAYING, TAGGING, STREAMING, LINKING, SHARING OF PERSONAL IDENTITY DATA, IMAGES, PICTURES, PHOTOGRAPHS, ARCHIVAL PHOTOGRAPHS, PHOTOGRAPHY PICTORIAL IMAGES, STILL IMAGES, MOVING IMAGES, ART REPRODUCTIONS, FILM, VIDEO, GRAPHIC DESIGNS, CLIP ART, NEWS IMAGES, AUDIO DATA, MUSICAL SOUND RECORDINGS, MULTIMEDIA RECORD-INGS, ANIMATIONS, ILLUSTRATIONS, CODE SNIPPETS, OTHER DESIGN ELEMENTS, PHOTOGRAPHY AND OTHER DIGITAL CONTENT VIA COMPUTER AND COMMUNICA-TION NETWORKS; DOWNLOADABLE SOFTWARE ACCESSIBLE VIA COMPUTER NET-WORKS, GLOBAL COMMUNICATION NETWORKS, WIDE AREA NETWORKS, LOCAL AREA NETWORKS, OR WIRELESS NETWORKS, FOR SEARCHING, LICENSING, PUR-CHASING AND DOWNLOADING DIGITAL CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 2,656,652, 2,842,851, AND OTHERS.



Director of the United States
Patent and Trademark Office

**Reg. No. 4,968,996**   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMAGES", APART FROM THE MARK AS SHOWN.

SN 85-647,679, FILED 6-8-2012.

BARBARA GAYNOR, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GETTY IMAGES

**Reg. No. 4,968,997**

**Registered May 31, 2016**

**Int. Cls.: 42 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GETTY IMAGES (US), INC. (NEW YORK CORPORATION)
75 VARICK STREET
NEW YORK, NY 10013

FOR: HOSTING OF DIGITAL CONTENT VIA WIRED AND WIRELESS NETWORKS; PROVIDING ONLINE DATABASES FEATURING TEMPORARY USE OF NON-DOWNLOADABLE COMPUTER SOFTWARE, ACCESSIBLE VIA COMPUTER NETWORKS, GLOBAL COMMUNICATION NETWORKS, WIDE AREA NETWORKS, LOCAL AREA NETWORKS, OR WIRELESS NETWORKS, FOR SEARCHING, LICENSING, PURCHASING AND DOWNLOADING DIGITAL CONTENT; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING OF COMPUTER HARDWARE AND SOFTWARE PROBLEMS INCURRED WHILE UPLOADING AND DOWNLOADING THE ABOVE MENTIONED INTELLECTUAL PROPERTY VIA THE INTERNET; COMPUTERIZED ON-LINE SEARCH AND RETRIEVAL SERVICES FOR IMAGES, PICTURES, PHOTOGRAPHS, ARCHIVAL PHOTOGRAPHS, PHOTOGRAPHY PICTORIAL IMAGES, STILL IMAGES, MOVING IMAGES, ART REPRODUCTIONS, FILM, VIDEO, GRAPHIC DESIGNS, CLIP ART, NEWS IMAGES, AUDIO DATA, MUSICAL SOUND RECORDINGS, MULTIMEDIA RECORDINGS, ANIMATIONS, ILLUSTRATIONS, CODE SNIPPETS, OTHER DESIGN ELEMENTS, PHOTOGRAPHY AND OTHER DIGITAL CONTENT; CUSTOMIZED SEARCHING SERVICES, NAMELY, PROVIDING INFORMATION IN RESPONSE TO END-USERS' SPECIFIC REQUESTS FOR DIGITAL CONTENT AVAILABLE OVER WIRED AND WIRELESS NETWORKS; COMPUTER SERVICES, NAMELY, PROVIDING AN INTERACTIVE WEB SITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO CONNECT TO EXISTING AND EMERGING APPLICATION PROGRAMMING INTERFACES (APIS); APPLICATION SERVICE PROVIDER (ASP) FEATURING APPLICATION PROGRAMMING INTERFACE (API) SOFTWARE TO ENABLE USERS TO SEARCH FOR, SORT, FILTER, ACCESS, DOWNLOAD, STREAM, POST, DISPLAY, AND SHARE IMAGES, PICTURES, PHOTOGRAPHS, DOWNLOADABLE AND NON-DOWNLOADABLE DIGITAL CONTENT, PHOTOGRAPHS, PHOTOGRAPHY PICTORIAL IMAGES, STILL IMAGES, MOVING IMAGES, ART REPRODUCTIONS, FILM, VIDEO, GRAPHIC DESIGNS, CLIP ART, NEWS IMAGES, AUDIO DATA, MUSICAL SOUND RECORDINGS, MULTIMEDIA RECORDINGS, ANIMATIONS, ILLUSTRATIONS, AND METADATA; APPLICATION SERVICE PROVIDER (ASP) FEATURING APPLICATION PROGRAMMING INTERFACE (API) SOFTWARE TO TRANSFER DATA AND STATISTICAL AND CUSTOMER USAGE INFORMATION FROM THE USER TO THE ASP, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,968,997**   FOR: LICENSING OF INTELLECTUAL PROPERTY, NAMELY, IMAGES, PICTURES, PHO-
TOGRAPHS, DOWNLOADABLE AND NON-DOWNLOADABLE DIGITAL CONTENT,
PHOTOGRAPHS, PHOTOGRAPHY PICTORIAL IMAGES, STILL IMAGES, MOVING IMAGES,
ART REPRODUCTIONS, FILM, VIDEO, GRAPHIC DESIGNS, CLIP ART, NEWS IMAGES,
AUDIO DATA, MUSICAL SOUND RECORDINGS, MULTIMEDIA RECORDINGS, ANIMA-
TIONS, ILLUSTRATIONS, CODE SNIPPETS, ELECTRONIC DOWNLOADABLE PUBLICA-
TIONS, AND OTHER DIGITAL MEDIA AND DESIGN ELEMENTS, IN CLASS 45 (U.S. CLS.
100 AND 101).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 2,656,652, 2,842,851, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "IMAGES", APART FROM THE
MARK AS SHOWN.

SN 85-647,683, FILED 6-8-2012.

BARBARA GAYNOR, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# GETTY IMAGES

**Reg. No. 5,200,414**

**Registered May 09, 2017**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Getty Images (US), Inc. (NEW YORK CORPORATION)
75 Varick Street
New York, NY 10013

CLASS 35: Online retail store services in the field of intellectual property, namely, providing an online retail store whereby customers can review and purchase the intellectual property and proprietary rights of others to access, download and use visual, audio, video, multimedia, and digital content created by others, such content comprising photographs, archival photographs, stock photographs, pictorial images, digital images, still images, moving images, news images, pictures, art reproductions, animations, illustrations, clip art, graphic designs, video, audio, audiovisual and musical sound recordings, multimedia recordings, code snippets and computer software of others for embedding digital content into websites and electronic publications; business administration services for the licensing of both intellectual property rights and proprietary rights of others to access, download and use the visual, audio, video, and multimedia content, and software code snippets of others; providing business information regarding business administration services for the licensing of visual, audio, video, and multimedia content, and software code snippets of others; promoting the visual, audio, video, and multimedia content, and software code snippets of others through placement of digital advertisements for others on web sites and email; promoting the goods and services of others through placement of digital advertisements for others on web sites and email; online intellectual property distributorship services in the nature of providing an online searchable database featuring intellectual property rights in the visual, audio, video, and multimedia content of others available for possible licensing

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2837208, 2656652, 2842851

No claim is made to the exclusive right to use the following apart from the mark as shown: "IMAGES"

SEC.2(F)

SER. NO. 86-535,205, FILED 02-13-2015
MICHAEL R TANNER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.