# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____JARED   R.   FRIEDMANN_____, Bar # _____JF2004_____

was duly admitted to practice in the Court on

_____August 5, 2005_____

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.            On        _____August 7, 2025_____
                New York, New York

_____Tammi M. Hellwig_____        By        _____s/ R. Juliano_____
Clerk of Court                              Deputy Clerk