DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BENJAMIN E. MARKS (*pro hac vice* forthcoming)
benjamin.marks@weil.com
JARED R. FRIEDMANN (*pro hac vice* forthcoming)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BRIAN G. LIEGEL (*pro hac vice* forthcoming)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, Florida  33131
Telephone: (305) 577-3180

Attorneys for Plaintiff GETTY IMAGES (US), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GETTY IMAGES (US), INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION,<br><br>    Defendants. | Case No.  3:25-cv-06891<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. PROC. 7.1(a) & CIVIL LOCAL RULE 3-15** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certify that Plaintiff Getty Images (US), Inc. is an indirect, wholly owned subsidiary of Getty Images Holdings, Inc., which is a publicly traded company.  Getty Images Holdings, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | |
|---|---|
| Dated: August 14, 2025 | WEIL, GOTSHAL & MANGES LLP |
| | /s/ *David R. Singh* |
| | DAVID R. SINGH (Bar No. 300840)<br>david.singh@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 4th Floor<br>Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| | BENJAMIN E. MARKS (*pro hac vice* forthcoming)<br>benjamin.marks@weil.com<br>JARED R. FRIEDMANN (pro hac vice forthcoming)<br>jared.friedmann@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| | BRIAN G. LIEGEL (*pro hac vice* forthcoming)<br>brian.liegel@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Ave, Ste. 1200<br>Miami, Florida  33131<br>Telephone: (305) 577-3180 |
| | *Attorneys for Plaintiff Getty Images (US), Inc.* |