**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Getty Images (US), Inc.<br><br>                    **Plaintiff(s)**<br>v.<br><br>Stability AI, Ltd., et al.<br><br>                    **Defendant(s)** | CASE No C  3:25-CV-06891-TLT<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)
   The parties will schedule private mediation with a mutually agreed upon mediator

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline:  30 days after close of discovery

Date: 11/6/2025           /s/ David R. Singh
                                    Attorney for Plaintiff
Date: 11/6/2025           /s/ Joseph C. Gratz
                                    Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:
                                    _____
                                    U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*