UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Getty Images (US), Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>Stability AI, Ltd.<br><br>    Defendant. | Case No. 25-cv-06891-TLT<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>Re: Dkt. No. 33 |

  Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10,

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE:</u>　　　　　　　　　　January 18, 2028
   No. of Days: 14
   Courtroom 9, 19th Floor
   Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE:</u>　December 2, 2027
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
   Joint Pretrial Statement (including objections, motions in limine and jury instructions):
   October 28, 2027

3. <u>DISPOSITIVE MOTIONS:</u>　　　　Last day to be heard: July 13, 2027, 2:00 p.m.
   Replies due by: May 21, 2027
   Oppositions due by: April 23, 2027
   Last day to *file* dispositive motions:
   March 12, 2027
   See Civil Local Rules for notice and filing requirements.

4. <u>EXPERT DISCOVERY CUT-OFF:</u>　February 12, 2027

5. <u>EXPERT REPORTS:</u>　　　　　　Rebuttal reports by December 18, 2026
   Opening reports by October 30, 2026

| | | |
|---|---|---|
| 6. | ADR (PRIVATE MEDIATION) TO BE COMPLETED BY: | October 19, 2026<br>*Deadline to submit a status report including name of mediator and mediation schedule: December 19, 2025* |
| 7. | FACT DISCOVERY CUT-OFF | September 18, 2026 |
| 8. | LAST DAY TO AMEND PLEADING: | March 26, 2026 |
| 9. | PARTIAL MOTION TO DISMISS HEARING: | February 10, 2026 |
| 10. | INITIAL DISCLOSURES DUE: | November 24, 2025 |
| 11. | FURTHER STATUS CONFERENCES: | November 5, 2026<br>May 7, 2026, 2:00 p.m. |

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

## JURY TRIAL

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. Once issued, this schedule may be modified only for good cause and with the Judge's consent. FRCP 16(b)(4). A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
TRINA L. THOMPSON
United States District Judge

August 14, 2028