DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BENJAMIN E. MARKS (*pro hac vice*)
benjamin.marks@weil.com
JARED R. FRIEDMANN (*pro hac vice*)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BRIAN G. LIEGEL (*pro hac vice*)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL 33131
Telephone: (305) 577-3180

Attorneys for Plaintiff GETTY IMAGES (US), INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GETTY IMAGES (US), INC., <br><br> Plaintiff, <br><br> v. <br><br> STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION, <br><br> Defendants. | Case No. 3:25-CV-06891-TLT <br><br> **STATEMENT OF RECENT DECISION** <br><br> Judge: Hon. Trina L. Thompson <br> Courtroom: 9 |

1    Pursuant to Section 7-3(d)(2) of the Civil Local Rules of the Northern District of
2  California, Plaintiff Getty Images (US), Inc. respectfully submits this Statement of Recent
3  Decision pertaining to issues raised in Plaintiff's Opposition to Defendant's Motion to Dismiss
4  (Dkt. No. 31) currently under submission.
5    The supplemental authority is the United States District Court for the Southern District of
6  New York's decision in *Advance Local Media LLC v. Cohere Inc.*, No. 25-cv-1305 (CM), 2025
7  U.S. Dist. LEXIS 223808 (S.D.N.Y. Nov. 13, 2025), in which the court denied the defendant's
8  motion to dismiss, *inter alia*, claims for trademark infringement in violation of 15 U.S.C. §1114(1)
9  and false designation of origin in violation of 15 U.S.C. §1125(a) arising out of the defendant's
10 use of plaintiffs' trademarks on output generated by defendant's artificial intelligence models. A
11 copy of the opinion is attached to this notice as **Exhibit A**.

| | | |
|---|---|---|
| 1 | Dated: November 17, 2025 | RESPECTFULLY SUBMITTED, |

*/s/ David R. Singh*

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BENJAMIN E. MARKS (pro hac vice)
benjamin.marks@weil.com
JARED R. FRIEDMANN (pro hac vice)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BRIAN G. LIEGEL (pro hac vice)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL 33131
Telephone: (305) 577-3180

Attorneys for Plaintiff GETTY IMAGES (US), INC.

---

NOTICE OF SUPPLEMENTAL AUTHORITY     2     2:24-cv-04786- WLH-ADS