DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
JARED R. FRIEDMANN (admitted *pro hac vice*)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212)310-8007

BRIAN G. LIEGEL (admitted *pro hac vice*)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL  33131
Telephone: (305) 577-3180

Attorneys for Plaintiff GETTY IMAGES (US), INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., | Case No. 3:25-CV-06891-TLT |
| Plaintiff, | |
| v. | **JOINT ADR STATUS REPORT** |
| STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION, | Judge: Hon. Trina L. Thompson |
| Defendants. | |

1  Pursuant to the Case Management and Scheduling Order entered by the Court on November 13, 2025 (Dkt. No. 38), Plaintiff Getty Images (US), Inc. and Defendants Stability AI, Ltd., Stability AI, Inc., and Stability AI US Services Corporation submit this Joint ADR Status Report. The Parties have mutually agreed upon the appointment of the Hon. Louis M. Meisinger (Ret.) of Signature Resolution to serve as their private mediator. Pursuant to the Stipulation and Order Selecting ADR Process (Dkt. No. 35), the Parties have agreed to hold a mediation conference with Judge Meisinger within 30 days of the September 18, 2026 fact discovery deadline, subject to his availability.

Dated: December 19, 2025

**WEIL, GOTSHAL & MANGES LLP**

By: *s/ David R. Singh*
   David R. Singh

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100

BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
JARED R. FRIEDMANN (admitted *pro hac vice*)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BRIAN G. LIEGEL (admitted *pro hac vice*)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL 33131
Telephone: (305) 577-3180

*Attorneys for Plaintiff Getty Images (US), Inc.*


**MORRISON & FOERSTER LLP**

By: *s/ Joseph C. Gratz*
   Joseph C. Gratz

JOSEPH C. GRATZ
JGratz@mofo.com
TIMOTHY CHEN SAULSBURY
TSaulsbury@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

ADITYA V. KAMDAR
AKamdar@mofo.com
BRITTANY WARREN (admitted *pro hac vice*)
BWarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202.887.1500
Facsimile:    202.887.0763

CHRISTOPHER R. ADLER
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:    213.892.5454

*Attorneys for Defendants
Stability AI, Ltd.., Stability AI, Inc., and Stability AI
US Services Corporation*