1  JOSEPH C. GRATZ (SBN 240676)
   jgratz@mofo.com
2  MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, CA 94105
4  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
5
6  Attorneys for Defendants STABILITY AI, LTD, STABILITY AI, INC.,
   and STABILITY AI US SERVICES CORPORATION
7
   DAVID R. SINGH (SBN 300840)
8  david.singh@weil.com
   WEIL, GOTSHAL & MANGES LLP
9  201 Redwood Shores Parkway, 4th Floor
   Redwood Shores, CA 94065
10 Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
11
12 Attorney for Plaintiff GETTY IMAGES (US), INC.
13 (Additional Counsel Listed on Signature Page)

14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION
17

18 | GETTY IMAGES (US), INC. | Case No. 3:25-CV-06891-TLT |
19 |         Plaintiff, | **JOINT STIPULATED REQUEST FOR ORDER CONTINUING PARTIAL MOTION TO DISMISS HEARING DATE** |
20 | v. | |
21 | STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION, | Dept.: Courtroom 9 – 19th Floor |
22 | | Judge: Hon. Trina L. Thompson |
23 |         Defendants. | Trial Date: January 18, 2028 |
24

28 JOINT STIPULATED REQUEST FOR                        Case No. 3:25-CV-06891-TLT
   ORDER CONTINUING PARTIAL MOTION
   TO DISMISS HEARING DATE

1    The undersigned counsel for Getty Images (US), Inc. ("Plaintiff") and Stability AI, Ltd., Stability AI, Inc., and Stability AI US Services Corporation ("Defendants") (together, the "Parties") in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 7-7, as follows:

WHEREAS Plaintiff filed a complaint in the above-captioned case on August 14, 2025;

WHEREAS Defendants filed their Motion to Dismiss Plaintiff's Complaint ("Motion") on October 14, 2025;

WHEREAS Plaintiff filed its Opposition to Defendants' Motion on October 28, 2025;

WHEREAS the current Motion to Dismiss hearing date set in the November 13, 2025 Scheduling Order (Dkt. 38) is February 10, 2026;

WHEREAS to accommodate an unavoidable scheduling conflict, Defendants requested Plaintiff's consent to a continuance of the Motion to Dismiss hearing date;

WHEREAS the Parties conferred and agreed to a continuance of the hearing date to March 17, 2026, which is currently open on the Court's calendar;

WHEREAS this is the first such request that the parties have made to extend the time for a hearing date;

WHEREAS this request will have no effect on any other dates in the Court's Scheduling Order;

WHEREAS the Court has not previously extended any deadlines in the Scheduling Order;

WHEREAS this request is supported by a declaration supporting good cause for this request;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1.  The hearing date for Defendants' Motion to Dismiss shall be continued to March 17, 2026.

1  **IT IS SO STIPULATED.**

2  Dated: January 8, 2026                                     Respectfully submitted,

3                                                              MORRISON & FOERSTER LLP

4
                                                              By:  /s/ JOSEPH C. GRATZ
5                                                                    JOSEPH C. GRATZ

6                                                             JOSEPH C. GRATZ (SBN 240676)
                                                              jgratz@mofo.com
7                                                             TIMOTHY CHEN SAULSBURY (SBN 281434)
                                                              tsaulsbury@mofo.com
8                                                             MORRISON & FOERSTER LLP
                                                              425 Market Street
9                                                             San Francisco, CA 94105
                                                              Telephone: (415) 268-7000
10                                                            Facsimile: (415) 268-7522

11
                                                              ADITYA V. KAMDAR (SBN 324567)
12                                                            akamdar@mofo.com
                                                              BRITTANY WARREN (*pro hac vice*)
13                                                            BWarren@mofo.com
                                                              MORRISON & FOERSTER LLP
14                                                            2100 L Street, NW, Suite 900
                                                              Washington, DC 20037
15                                                            Telephone: (202) 887-1500
                                                              Facsimile: (202) 887-0763
16
                                                              CHRISTOPHER R. ADLER (SBN 346588)
17                                                            cadler@mofo.com
                                                              MORRISON & FOERSTER LLP
18                                                            707 Wilshire Boulevard, Suite 6000
                                                              Los Angeles, CA 90017
19                                                            Telephone: (213) 892-5200
                                                              Facsimile: (213) 892-5454
20
                                                              *Attorneys for Defendants*
21                                                            **STABILITY AI, LTD., STABILITY AI, INC.,
                                                              and STABILITY AI US SERVICES
22                                                            CORPORATION**

23

24

25

26

27

28  JOINT STIPULATED REQUEST FOR                    3                    CASE NO. 3:25-CV-06891-TLT
    ORDER CONTINUING PARTIAL MOTION
    TO DISMISS HEARING DATE

| | | |
|---|---|---|
| 1 | Dated: January 8, 2026 | Respectfully submitted, |
| 2 | | WEIL, GOTSHAL & MANGES LLP |

By:   /s/ *BENJAMIN E. MARKS (with permission)*
       BENJAMIN E. MARKS

DAVID R. SINGH (SBN 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BENJAMIN E. MARKS (*pro hac vice*)
benjamin.marks@weil.com
JARED R. FRIEDMANN (*pro hac vice*)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

BRIAN G. LIEGEL (*pro hac vice*)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL 33131
Telephone: (305) 577-3180

*Attorneys for Plaintiff*
**GETTY IMAGES (US), INC.**

---

JOINT STIPULATED REQUEST FOR ORDER CONTINUING PARTIAL MOTION TO DISMISS HEARING DATE      4      Case No. 3:25-CV-06891-TLT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Joseph C. Gratz, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Benjamin E. Marks concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 8, 2026                    /s/ JOSEPH C. GRATZ
                                          JOSEPH C. GRATZ