UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., | Case No. 3:25-cv-06891-TLT |
| Plaintiff, | [PROPOSED] **ORDER GRANTING JOINT STIPULATED REQUEST FOR ORDER CONTINUING PARTIAL MOTION TO DISMISS HEARING DATE AS MODIFIED** |
| v. | |
| STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION, | Judge:      Hon. Trina L. Thompson <br> Courtroom: 9 – 19th Floor <br> Trial Date:  January 18, 2028 |
| Defendants. | |

[Proposed] ORDER GRANTING JOINT
STIPULATED REQUEST FOR ORDER
CONTINUING PARTIAL MTD HEARING
CASE NO. 3:25-CV-06891-TLT

Having considered the Parties' Joint Stipulated Request for an Order Continuing the Partial Motion to Dismiss Hearing Date, as well as the Declaration of Joseph C. Gratz in support of that Request, the Court hereby GRANTS the Parties' Request.  The Motion to Dismiss hearing, previously scheduled for February 10, 2026, will be continued to ~~March 17, 2026~~.

April 7, 2026.

**IT IS SO ORDERED.**

Dated: _____January 21_____ , 2026

_____
The Honorable Trina L. Thompson
United States District Court Judge