UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GETTY IMAGES (US), INC., | Case No.  25-cv-06891-TLT |
| Plaintiff, | |
| v. | **QUESTIONS FOR HEARING** |
| STABILITY AI, LTD., et al., | ECF : 24 |
| Defendants. | |

Please provide responses to the following questions before the hearing, no later than Monday, April 6, 2026.

**A.    COUNT II: false copyright management information in violation of 17 U.S.C. § 1202(a)**

**[TO BOTH PARTIES]**

Section 1202(a) prohibits knowingly and intentionally inducing, enabling, facilitating, or concealing copyright infringement by (1) providing false CMI and (2) distributing or importing for distribution false CMI.  17 U.S.C. § 1202(a)(1)–(2).  The Court interprets this provision as requiring a "double scienter" standard that involves both actual knowledge and specific intent and notes that this intent analysis may differ from the standards applied under 17 U.S.C. § 1202(b).

If the parties contest this interpretation, please explain why and cite the controlling legal authority supporting an alternative standard.

**B.    COUNT IV: unfair competition under 15 U.S.C. § 1125(a)**

**[TO BOTH PARTIES]**

The Court is cognizant of the Ninth Circuit and this district's decisions related to this claim, which was barred under *Dasnar*.  *E.g., Slep-Tone Ent. Corp. v. Wired for Sound Karaoke &*

*DJ Servs., LLC*, 845 F.3d 1246 (9th Cir. 2017); *Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d 962 (N.D. Cal. 2013).  Plaintiff filed its statement of recent decision, *Advance Local Media LLC v. Cohere Inc.*, No. 25-cv-1305 (CM), 2025 U.S. Dist. LEXIS 223808 (S.D.N.Y. Nov. 13, 2025); ECF 39.

Please explain whether the view in *Advance Local Media LLC* is relevant to this case in distinguishing the limitation established under *Dasnar* in *Slep-Tone Ent. Corp.* and *Craigslist Inc.*, or other legal authority.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2