JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JACKSON T. LANE (CA SBN 351633)
JLane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

ADITYA V. KAMDAR (CA SBN 324567)
AKamdar@mofo.com
BRITTANY A. WARREN (*pro hac vice*)
BWarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
STABILITY AI LTD., STABILITY AI, INC., AND
STABILITY AI US SERVICES CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., | Case No. 3:25-cv-06891-TLT |
| Plaintiff, | **DEFENDANTS STABILITY AI LTD., STABILITY AI, INC. AND STABILITY AI US SERVICES CORPORATION'S ANSWER TO COMPLAINT** |
| v. | |
| STABILITY AI LTD., ET AL., | |
| Defendants. | Judge: Hon. Trina L. Thompson |

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 3:25-CV-06891-TLT

1

EVAN GOURVITZ (*pro hac vice*)
EGourvitz@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:      212.468.8000
Facsimile:      212.468.7900

CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:      213.892.5200
Facsimile:      213.892.5454

Defendants Stability AI Ltd., Stability AI, Inc., and Stability AI US Services Corporation (collectively, "Stability AI"), by and through the undersigned counsel, submit the following answer to Plaintiff Getty Images (US), Inc.'s Complaint.

Stability AI states that the headings and sub-headings throughout the Complaint do not constitute well-pleaded allegations of fact and, therefore, require no response. To the extent that a response is deemed required, Stability AI denies the allegations contained in the Complaint's headings and sub-headings.

Stability AI states that Claim II (Providing False Copyright Management Information in Violation of 17 U.S.C. § 1202(a)) has been dismissed, pursuant to ECF No. 53, and that Plaintiff has not amended its Complaint to reallege Claim II. As such, the allegations in Claim II do not require a response. To the extent that a response is deemed required, Stability AI denies the allegations contained in Claim II.

Stability AI denies all allegations in the Complaint that are not explicitly admitted and otherwise answers as follows.

In response to the first unnumbered paragraph of the Complaint, Stability AI admits that Plaintiff purports to bring this action against Stability AI, that Plaintiff alleges various violations of the Copyright Act and violations of the Lanham Act, and otherwise denies the allegations of that paragraph.

## I.   NATURE OF ACTION

1. Denied.

2. Denied.

3. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

4. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

5. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

6.      Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

7.      Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

8.      Stability AI admits that Stability AI Ltd. was founded in 2019 as a for-profit company and that Stability AI, Inc. was founded in 2020 as a for-profit company, and that Mohammed Emad Mostaque was a founder of both.  Stability AI admits that the Business Insider article cited in this paragraph states that Stability AI raised more than $100 million in October 2022 and was valued at approximately $1 billion, and that the Reuters article cited in this paragraph states that Stability AI raised approximately $80 million in June 2024.  To the extent the allegations in this paragraph purport to summarize or are inconsistent with those articles, Stability AI denies those allegations.  Stability AI denies any remaining allegations in this paragraph.

9.      Denied.

10.      Stability AI admits that it offers some of its models through paid subscriptions. Stability AI admits that users of DreamStudio were able to use credits to generate images via text and/or image-based prompts and select among available models through the DreamStudio interface.  Stability AI denies the remaining allegations in this paragraph.

11.      Stability AI admits that it offers a service called Stable Assistant.  Stability AI admits that it currently offers monthly plans of $9, $19, $49, and $99.  Stability AI admits that its users receive a set number of credits on a plan.  Stability AI admits that Stable Assistant provides image and audio generation services.  Stability AI denies any remaining allegations in this paragraph.

12.      Denied.

13.      Denied.

14.      Denied.

15.      Denied.

16.    Denied.

## II.    PARTIES

17.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

18.    Stability AI admits that Stability AI, Inc. is a Delaware corporation. Stability AI denies any remaining allegations in this paragraph.

19.    Stability AI admits that Stability AI Ltd. is incorporated in the UK, with its principal place of business in London, UK. Stability AI denies the remaining allegations in this paragraph.

20.    Stability AI admits that Stability AI US Services Corporation is a Delaware Corporation. Stability AI denies the remaining allegations in this paragraph.

21.    Stability AI admits that Stability AI Ltd. was founded in 2019. Stability AI admits that Stability AI, Inc. owns 100% of Stability AI Ltd. Stability AI denies the remaining allegations in this paragraph.

22.    Stability AI admits that Stability AI Ltd.'s October 4, 2023 and December 13, 2024 financial statements included the respective quotations set forth in this paragraph. Stability AI denies the remaining allegations in this paragraph.

## III.    JURISDICTION AND VENUE

23.    Stability AI does not dispute subject matter jurisdiction. Stability AI denies any remaining allegations in this paragraph.

24.    Solely for purposes of this matter, Stability AI does not dispute that jurisdiction and venue are proper in this District. Stability AI admits that it moved to transfer the action captioned *Getty Images (US), Inc. v. Stability AI, Ltd., et al.*, No. 23-cv-135 (JLH) (D. Del.) to the Northern District of California. Stability AI denies any remaining allegations in this paragraph.

25.    Stability AI admits that its motion to transfer stated "approximately 56 people in the United States worked for Stability UK through third-party remote working companies, with more than 20% of the US workforce residing in California." Stability AI denies any remaining allegations in this paragraph.

26.　　Stability AI admits that Stability AI US Services Corporation was incorporated in March 2023.　Stability AI admits that Stability AI US Services Corporation employs personnel in California who worked in connection with development of Stability AI's image models.　Stability AI lacks sufficient knowledge or information to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

27.　　Stability AI admits that its motion to transfer stated "approximately 49 people in the United States work for Stability UK through the agreement with Stability Services, with more than 33% of the US workforce currently residing in California".　Stability AI denies any remaining allegations in this paragraph.

28.　　Denied.

29.　　Denied.

30.　　Denied.

31.　　Stability AI admits that it maintains the email domain @stability.ai, and website https://stability.ai/.　Stability AI denies any remaining allegations in this paragraph.

32.　　Stability AI admits that there is an action captioned *Hodes v. Mostaque et al.*, Case No. 23-cv-03481-MMC (N.D. Cal.).　Stability AI admits that a declaration in that action includes the statements attributed to Mr. Hodes in this paragraph.　Stability AI lacks knowledge or information sufficient to admit or deny the allegations regarding the referenced Stock Purchase Agreement, and on that basis denies them.　Stability AI denies the remaining allegations in this paragraph.

33.　　Denied.

34.　　Solely for purposes of this matter, Stability AI does not dispute that jurisdiction is proper in this District.　Stability AI denies any remaining allegations in this paragraph.

35.　　Stability AI admits that it operates the website www.stability.ai/stable-assistant and previously operated the website www.dreamstudio.stability.ai.　Stability AI admits that these websites are available to Californians and people in the United States.　Stability AI admits that these users could have accessed DreamStudio and Stable Assistant.　Stability AI lacks sufficient

information to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

36.     Stability AI lacks sufficient information to admit or deny the allegations in this paragraph, and on that basis denies them.

37.     Stability AI admits that it maintains compute resources in the United States. Stability AI admits that its motion to transfer stated "Stability UK has spent over $3,750,000 with California suppliers." Stability AI denies any remaining allegations in this paragraph.

38.     Stability AI admits that www.stability.ai contains the language "protected by copyright, trade dress, trademark, moral rights, and other intellectual property laws in the United States, the United Kingdom, and other international jurisdictions." Stability AI denies any remaining allegations in this paragraph.

39.     Solely for purposes of this matter, Stability AI does not dispute that jurisdiction is proper in this District. Stability AI denies any remaining allegations in this paragraph.

40.     Solely for purposes of this matter, Stability AI does not dispute that venue is proper in this District. Stability AI denies any remaining allegations in this paragraph.

## IV.     ALLEGATIONS COMMON TO ALL CLAIMS

41.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

42.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

43.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

44.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

45.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

46.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

47.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

48.    Stability AI admits that a list purporting to be Plaintiff's copyright registration numbers is attached to this Complaint as Exhibit A.  Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph regarding Plaintiff's copyright registrations, and on that basis denies them.  Stability AI denies any remaining allegations in this paragraph.

49.    Stability AI admits that the image in paragraph 49 of the Complaint appears to contain the title and caption set forth in this paragraph.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

50.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

51.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

52.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

53.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

54.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

55.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

56.    Stability AI admits that a list purporting to be Plaintiff's trademarks is attached to this Complaint as Exhibit B.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

57.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

58.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

59.     Stability AI admits that Stability AI Ltd.'s 2022 annual report contains the statement: "The Group launched its first revenue generating activities in August 2022, which were linked to the Stable Diffusion text to image model series." Stability AI admits that Stable Diffusion was publicly announced on August 22, 2022. Stability AI denies any remaining allegations in this paragraph.

60.     Stability AI admits that it utilizes several steps in training Stable Diffusion models and in processing training data for Stable Diffusion models. Stability AI denies any remaining allegations in this paragraph.

61.     Stability AI admits that understanding the relationship between text and associated images is a factor that allows a model to produce images in response to text prompts. Stability AI denies any remaining allegations in this paragraph.

62.     Stability AI admits that it downloaded some data from URLs made available by non-party LAION and trained some versions of Stable Diffusion on some of that data. Stability AI admits that LAION is a German entity. Stability AI denies any remaining allegations in this paragraph.

63.     Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Stability AI admits that aspects of training Stable Diffusion have taken place in the United States. Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

69.     Denied.

70.     Denied.

71. Denied.

72. Stability AI admits that its motion to transfer stated that each of Alex Goodwin and Zion English was a "machine learning engineer who was involved in the development of a Stable Diffusion model." Stability AI denies any remaining allegations in this paragraph.

73. Admitted.

74. Stability AI admits that it has made payments for third-party computing services. Stability AI admits that it has used third-party computing services as part of training Stable Diffusion. Stability AI denies any remaining allegations in this paragraph.

75. Denied.

76. Stability AI admits that the images in paragraphs 42 and 43 appear to show a couple exchanging rings and a man playing drums, respectively. Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Stability AI admits that through training a model can learn the relationship between text and images, and generate new images. Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

82. Denied.

83. Denied.

84. Denied.

85. Stability AI admits that a Mastodon user appears to have stated: "It seems that #StableDiffusion overfits a bit when prompted with northern lights. I'm trying to get it to create a drawing in[s]tead of a photo and all I get are night[t]ime photos with GettyImages watermarks."

DEFENDANTS' ANSWER TO COMPLAINT
CASE NO. 3:25-cv-06891-TLT

10

Stability AI admits that the Mastodon user appears to have posted the image in paragraph 85. Stability AI denies any remaining allegations in this paragraph.

86.   Stability AI admits that a Reddit user appears to have stated: "I asked for a photo of two girls hugging and the AI tried to make a Getty images watermark. I didn't ask for that …." Stability AI admits that the Reddit user appears to have posted the image in paragraph 86. Stability AI denies any remaining allegations in this paragraph.

87.   Stability AI admits that a Hugging Face user appears to have posted the image and prompt in paragraph 87.  Stability AI denies any remaining allegations in this paragraph.

88.   Denied.

89.   Stability AI admits that it has permitted some third-party developers to access, use, and further develop some Stable Diffusion models without paying license fees to Stability AI. Stability AI denies any remaining allegations in this paragraph.

90.   Stability AI admits that it has offered licenses at three different prices, and that it currently offers licenses at two different prices.  Stability AI admits that the terms of its licenses permit use of its products for commercial, non-commercial, and research purposes.  Stability AI admits that the enterprise license is limited to businesses with yearly revenues exceeding $1 million.  Stability AI denies any remaining allegations in this paragraph.

91.   Stability AI admits that it has offered two services named DreamStudio and Stable Assistant.  Stability AI admits that it announced the release of a service named Stability AI Solutions.  Stability AI admits that it currently offers monthly plans of $9, $19, $49, and $99 for Stable Assistant.  Stability AI denies any remaining allegations in this paragraph.

92.   Stability AI admits that Emad Mostaque stated in October 2022 that Stable Diffusion has 10 million daily users across all platforms.  Stability AI admits that a third-party report estimated the total number of Stable Diffusion-created images to exceed 12.5 billion images.  Stability AI lacks knowledge or information sufficient to admit or deny any remaining allegations in this paragraph, and on that basis denies them.

93.    Stability AI admits that on July 21, 2025, AMD announced a Stable Diffusion model for use on AMD cards and laptops.  Stability AI denies any remaining allegations in this paragraph.

94.    Stability AI admits that there appears to be a Reddit thread titled "Obsolescence of stock images due to AI image generation."  Stability AI denies any remaining allegations in this paragraph.

95.    Denied.

96.    Denied.

97.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

98.    Denied.

99.    Stability AI admits that a website called Phututorial appears to have published the article cited in this paragraph.  Stability AI admits that the images in paragraph 99 appear to be in the cited article.  Stability AI denies any remaining allegations in this paragraph.

100.    Denied.

101.    Denied.

102.    Denied.

103.    Denied.

## CLAIM I

### Copyright Infringement in Violation of 17 U.S.C. § 101 et seq.

104.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required.  To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–103.

105.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

106.    Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

107. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

## CLAIM II

**Providing False Copyright Management Information in Violation of 17 U.S.C. § 1202(a)**

116. With respect to paragraph 116, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI incorporates by reference its responses to paragraphs 1–115.

117. With respect to paragraph 117, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

118. With respect to paragraph 118, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

119. With respect to paragraph 119, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

120. With respect to paragraph 120, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

121. With respect to paragraph 121, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

122. With respect to paragraph 122, Stability AI states that no response is required following the Court's dismissal of Claim II in ECF No. 53. To the extent a response is deemed required, Stability AI denies the allegations in this paragraph.

## CLAIM III

**Trademark Infringement in Violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)**

123. This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–122.

124. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

125. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

126. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

127. Stability AI lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

## CLAIM IV

**Unfair Competition in Violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)**

136. This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–135.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

## CLAIM V

**Trademark Dilution in Violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)**

144. This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–143.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

## CLAIM VI

**Unfair Competition in Violation of Cal. Bus. & Prof. Code. §§ 17200, et seq.**

152.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required.  To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–151.

153.    To the extent Plaintiff refers to the provisions of California statutes, the statutes speak for themselves, and Stability AI respectfully refers the Court to the text of these statutes. Stability AI denies any remaining allegations in this paragraph.

154.    Denied.

155.    Denied.

156.    Denied.

157.    Denied.

## CLAIM VII

### Trademark Dilution in Violation of Cal. Bus. & Prof. Code § 14247

158.    This paragraph incorporates by reference the preceding factual allegations, and thus no response is required.  To the extent this paragraph calls for a response, Stability AI incorporates by reference its responses to paragraphs 1–157.

159.    Denied.

160.    Denied.

161.    Denied.

162.    Denied.

163.    Denied.

164.    Denied.

### V.    JURY TRIAL DEMANDED

With respect to the jury demand contained in Plaintiff's Complaint, Stability AI states that no response is required.  To the extent a response is deemed required, Stability AI denies that Plaintiff's claims are properly triable to a jury.

### AFFIRMATIVE DEFENSES

In further answer to the allegations made by Plaintiff in its Complaint, Stability AI asserts

the following affirmative defenses.  Stability AI does not concede that it has the burden of proof on the defenses listed below:

## FIRST AFFIRMATIVE DEFENSE

To the extent there is copying of copyrightable expression, that copying constitutes fair use.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims fail, in whole or in part, because the complained-of use was validly licensed by express or implied license.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, acquiescence, abandonment, and/or forfeiture.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's remedies are barred at least in part by the applicable statute of limitations or by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or limited because Plaintiff brings this action with unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery of damages because of and to the extent of its failure to mitigate its alleged damages (to which, in any event, they are not entitled).

## EIGHTH AFFIRMATIVE DEFENSE

Some or all of the material in which Plaintiff claims copyright is in the public domain or otherwise unprotectable by copyright.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims of copyright infringement are barred or limited by the doctrine of merger.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims of copyright infringement are barred or limited by the idea/expression dichotomy.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims of copyright infringement are barred or limited because the material in which Plaintiff claims copyright constitutes "*scenes a faire.*"

## TWELFTH AFFIRMATIVE DEFENSE

To the extent Stability AI has copied any protectable expression from Plaintiff's works, that copying is *de minimis*.

## THIRTEENTH AFFIRMATIVE DEFENSE

To the extent Stability AI made unauthorized use of any valid trademark owned by Plaintiff, that use is fair use.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's state law claims are barred or limited because the claims are preempted by federal law.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or limited because the accused Stability AI models, products, actions, or services fall within the safe harbors provided by 17 U.S.C. § 512 and/or 47 U.S.C. § 230.

Dated: May 21, 2026

**MORRISON & FOERSTER LLP**

By:  *s/ Joseph C. Gratz*
      Joseph C. Gratz

JOSEPH C. GRATZ
JGratz@mofo.com
TIMOTHY CHEN SAULSBURY
TSaulsbury@mofo.com
JACKSON T. LANE
JLane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

ADITYA V. KAMDAR
AKamdar@mofo.com
BRITTANY A. WARREN
BWarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone:   202.887.1500
Facsimile:   202.887.0763

EVAN GOURVITZ
EGourvitz@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:   212.468.8000
Facsimile:   212.468.7900

CHRISTOPHER R. ADLER
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

*Attorneys for Defendants*
STABILITY AI LTD., STABILITY AI, INC.,
AND STABILITY AI US SERVICES
CORPORATION