UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GETTY IMAGES (US), INC., | Case No. 3:25-cv-06891-TLT-SK |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY** |
| v. | |
| STABILITY AI LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION, | Judge:        Hon. Trina L. Thompson<br>Courtroom: 9 – 19th Floor<br>Trial Date:   January 18, 2028 |
| Defendants. | |

[PROPOSED] ORDER DENYING PLAINTIFF'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE
REPLY
CASE NO. 3:25-CV-06891-TLT-SK

Having considered the parties' briefing and the record in this case, the Court finds that Plaintiff Getty Images (US), Inc. has not shown good cause for leave to file a reply and hereby DENIES Plaintiff's request.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
The Honorable Trina L. Thompson
United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE
REPLY
CASE NO. 3:25-CV-06891-TLT-SK

1