BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
JARED R. FRIEDMANN (admitted *pro hac vice*)
jared.friedmann@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

BRIAN G. LIEGEL (admitted *pro hac vice*)
brian.liegel@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Ste. 1200
Miami, FL 33131
Telephone: (305) 577-3180

Attorneys for Plaintiff GETTY IMAGES (US), INC.

[CAPTION CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GETTY IMAGES (US), INC.,<br><br>Plaintiff,<br><br>v.<br><br>STABILITY AI, LTD., STABILITY AI, INC., and STABILITY AI US SERVICES CORPORATION,<br><br>Defendants. | Case No. 3:25-CV-06891-TLT-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Trina L. Thompson |

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
JACKSON LANE (CA SBN 351633)
JLane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KATHRYN C. THORNTON (*pro hac vice*)
KThornton@mofo.com
BRITTANY A. WARREN (*pro hac vice*)
bwarren@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

EVAN GOURVITZ (*pro hac vice*)
EGourvitz@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-5343
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendants*
STABILITY AI LTD., STABILITY AI, INC., AND STABILITY AI US SERVICES CORPORATION

Pursuant to this Court's Orders (Dkt. No. 38), Plaintiff Getty Images (US), Inc. ("Getty Images" or "Plaintiff") and Defendants Stability AI, Ltd. ("Stability Ltd."), Stability AI, Inc. ("Stability Inc."), and Stability AI US Services Corporation ("Stability Services Corp.," and collectively with Stability Ltd. and Stability Inc., "Stability AI" or "Defendants") hereby submit this Joint Case Management Statement in advance of the Further Case Management Conference now scheduled for November 5, 2026.

**1. Jurisdiction and Service**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as this action alleges violations of the U.S. Copyright Act (17 U.S.C. § 101, *et seq.*) and Lanham Act (15 U.S.C. § 1051 *et seq.*). All Defendants have been served.

**2. Facts**

The parties respectfully refer the Court to their factual statements in the Joint Case Management Statement filed on April 30, 2026 (Dkt. No. 54).

**3. Legal Issues**

The parties respectfully refer the Court to their prior statement of legal issues in the Joint Case Management Statement filed on April 30, 2026 (Dkt. No. 54).

**4. Motions**

Defendants previously filed a motion to dismiss Plaintiff's complaint (Dkt. No. 24), which this Court granted-in-part and denied-in-part on April 23, 2026 (Dkt. No. 53). Plaintiff previously filed an administrative motion to modify the scheduling order (Dkt. No. 68), which this Court granted-in-part and denied-in-part on August 18, 2026 (Dkt. No. 73).

Concurrently herewith, the parties have filed an administrative motion and accompanying stipulation to stay all deadlines in the case for 60 days in light of the Chapter 11 proceedings entered into by Plaintiff and its affiliates in the United States Bankruptcy Court for the District of Delaware, in order to permit Plaintiff to focus on those proceedings and for the parties to discuss bringing this litigation to an end.

**5. Amendment of Pleadings**

On April 23, 2026, the Court granted in part and denied in part Defendants' motion to dismiss (Dkt. No. 53), granting Plaintiff leave to amend by May 7, 2026. Plaintiff did not file an amended complaint. Defendants filed an Amended Answer on July 2, 2026 (Dkt. No. 67).

**6. Evidence Preservation**

The parties have reviewed this Court's Guidelines Relating to the Discovery of Electronically Stored Information. The parties are aware of their obligations and have taken reasonable steps to preserve potentially relevant evidence.

**7. Disclosures**

The parties served their Rule 26(a) initial disclosures on November 24, 2025.

**8. Discovery**

The parties have exchanged substantial written discovery, and have produced numerous documents in response to discovery requests. No depositions have taken place. There are a variety of open discovery disputes that the parties hope can be resolved or mooted before they require court intervention. While the parties have differing views as to whether discovery can be completed under the existing case schedule, they do not address those views here in light of the pending request to stay all deadlines.

**9. Narrowing of Issues**

The Court's April 23, 2026 order (Dkt. No. 53) narrowed the claims in this action by dismissing Plaintiff's claim under 17 U.S.C. § 1202(a). On October 16, 2026, Plaintiff notified Defendants that it was withdrawing 185 photographs from the list of Asserted Works, specifically those subject to Registration Nos. VA0002022136, VA0002022584, and VA0002023074. The parties continue to meet and confer concerning the scope of discovery and potential narrowing of disputed issues.

**10. Class Action**

This is not a class action.

**11. Related Cases**

None.

**12. Relief**

The Parties respectfully refer the Court to their prior discussion of this issue in their Joint Case Management Statement filed on April 30, 2026 (Dkt. No. 54).

**13. <u>Settlement and ADR</u>**

The parties filed their respective ADR L.R. 3 Certifications on October 23, 2025. In their December 19, 2025 Joint ADR Status Report, the parties agreed to appoint the Hon. Louis M. Meisinger (Ret.) of Signature Resolution as their private mediator.

The Court's August 18, 2026 Order (Dkt. No. 73) extended the deadline for completion of alternative dispute resolution to January 18, 2027.

**14. <u>Other References</u>**

Discovery disputes have been referred to Magistrate Judge Sallie Kim. The parties continue to meet and confer regarding outstanding discovery issues and will follow the applicable discovery-dispute procedures if judicial intervention becomes necessary.

**15. <u>Scheduling</u>**

On August 18, 2026, in response to Getty Images' motion to extend the discovery deadline by 90 days, the Court granted the extension in part by extending the discovery deadline by 60 days, until November 20, 2026, the expert discovery cutoff to April 16, 2027, and the deadline for filing dispositive motions to May 7, 2027 (Dkt. No. 73). The Court also extended the deadline for completion of alternative dispute resolution to January 18, 2027. The Court subsequently entered a revised Case Management and Scheduling Order (Dkt. No. 74). As discussed above, the parties have stipulated to stay all deadlines for 60 days, and to submit a status update to the Court regarding a schedule going forward if a dismissal has not been filed by the conclusion of the stay.

**16. <u>Trial</u>**

The case will be tried before a jury. Plaintiff estimates a 14-day trial, and Defendants estimate a 5-day trial.

**17. <u>Disclosure of Non-Party Interested Entities or Persons</u>**

Plaintiff filed a Certificate of Interested Entities on August 14, 2025 (Dkt. 6). Defendants filed a Certificate of Interested Entities on October 14, 2025 (Dkt. No. 25).

**18. <u>Professional Conduct</u>**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**19. <u>Other Matters</u>**

The parties are not presently aware of other matters that may facilitate the resolution of this case.

Dated: October 29, 2026

WEIL, GOTSHAL & MANGES LLP

/s/ Benjamin E. Marks
Benjamin E. Marks

BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Plaintiff*
GETTY IMAGES (US), INC.

MORRISON & FOERSTER LLP

/s/ Joseph C. Gratz
Joseph C. Gratz

JOSEPH C. GRATZ
JGratz@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*
STABILITY AI LTD., STABILITY AI, INC., AND STABILITY AI US SERVICES CORPORATION

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Joseph C. Gratz concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: October 29, 2026

*/s/ David R. Singh*
David R. Singh